UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT SLACK, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:13-CV-1170 CAS |
| SAMANTHA TURNTINE and BRENDA REAGAN, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendants Samantha Turntine (n/k/a Samantha Pratt) and Brenda Reagan, and against plaintiff Robert Slack on plaintiff's claims brought pursuant to 42 U.S.C. § 1983 and the Eighth Amendment to the Constitution of the United States.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 19th day of December, 2014.