UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT SLACK, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:13-CV-1170 CAS |
| SAMANTHA TURNTINE and BRENDA REAGAN, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff moves for leave to proceed in forma pauperis on appeal. After reviewing plaintiff's prison account statement, the Court finds that plaintiff must pay an initial partial filing fee of $36.15, which is twenty percent of his average monthly balance. See 28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal is **GRANTED**. [No. 73]

**IT IS FURTHER ORDERED** that the plaintiff shall pay an initial filing fee of $36.15 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

*/s/ Charles A. Shaw*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 18th day of February 2015.